UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELE CONDRICH, | ) | CASE NO.1:07CV098 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) | |
| OHIO EQUITY GROUP, LLC | ) | ORDER |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

In response to this Court's Order of May 25, 2007, (ECF #8) the Court finds Plaintiff has provided sufficient evidence that service was completed on Defendants within the one hundred twenty day time limitation set forth in Fed. R. Civ. P. 4(m). In light of Defendant Ohio Equity Group, LLC's, ("OEG") failure to show good cause, in response to this Court's Order of May 4, 2007 (ECF #5), requiring parties demonstrate why this case should not proceed against non-bankrupt defendant OEG, the Court has determined Plaintiff may proceed with her claims against OEG. Plaintiff shall file her Motion for Entry of Default and Motion for Default Judgment no later than June 15, 2007.

IT IS SO ORDERED.

6/5/07
Date

CHRISTOPHER A. BOYKO
United States District Judge

FILED
JUN 05 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND